

**Valdi Licul**
vlicul@wigdorlaw.com

August 2, 2024

<u>**VIA ECF**</u>

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11B
New York, NY 10007-1312

   Re: <u>Smith v. World Economic Forum LLC, *et al.*</u>; Case No. 1:24-cv-05150-JGLC

Dear Judge Clarke,

We represent Plaintiff Topaz Smith in the above-referenced matter.  Per the Court's July 10, 2024 Order (Dkt. No. 10), we write to inform the Court that Plaintiff has served the Complaint, Order and Your Honor's individual rules on Defendant World Economic Forum LLC ("Defendant"). Counsel for Defendant has not consented to service on Defendants World Economic Forum and Klaus Schwab (the "Swiss Defendants"), and thus Plaintiff is attempting service of the Swiss Defendants pursuant to the Hague Convention.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Valdi Licul

Cc: All counsel of record (*via* ECF)