

Joan B. Lopez
77 Water Street, Suite 2100
New York, New York 10005
Joan.Lopez@lewisbrisbois.com
Direct: 646.783.0985

August 28, 2024

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Smith v. World Economic Forum LLC et al.*
            Case No. 1:24-cv-05150

Dear Judge Clarke:

    Our firm represents Defendants World Economic Forum LLC, World Economic Forum, and Klaus Schwab (collectively, "Defendants") in this matter. By way of relevant background, Plaintiff filed her Complaint on July 8, 2024 (Dkt. No. 1). Defendant World Economic Forum LLC, through counsel, signed a Waiver of Service and as such, its current deadline to respond to the Complaint is September 16, 2024 (Dkt. No. 11). On August 20, 2024, our firm accepted service of the Summons and the Complaint on behalf of Defendants World Economic Forum and Klaus Schwab. We write, with Plaintiff's consent, to request that the deadline for all defendants to respond to Plaintiff's Complaint be set to October 8, 2024.

    This is Defendants' first request for an extension of time to respond to Plaintiff's Complaint. The parties' remote Initial Conference is scheduled for November 6, 2024.

    We thank the Court for its time and attention to this matter.

                                                           Respectfully,

                                                           *Joan B. Lopez*

                                                           Joan B. Lopez of
                                                           LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Plaintiff's Counsel (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
144839679.1