



Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

October 28, 2024

**VIA ECF**

Honorable Jessica G.L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Keisha-Ann G. Gray
Member of the Firm
212.969.3855
kgray@proskauer.com
www.proskauer.com

Re: *Topaz Smith v. World Economic Forum, et al.*, 24-cv-05150 (Clarke, J.)

Dear Judge Clarke:

      We represent Defendants World Economic Forum, World Economic Forum LLC, and Klaus Schwab (collectively, "Defendants") in the above-referenced matter. Pursuant to Section 2(e) of Your Honor's Individual Rules and Practices in Civil Cases and the Court's Scheduling Order dated July 10, 2024, (Dkt. No. 10), Defendants respectfully request, on consent, that the Court adjourn the Initial Pretrial Conference scheduled to take place at 10:00 a.m. on November 6, 2024, until a date after the parties participate in mandatory mediation; and concomitantly extend the parties' deadline for submitting a joint letter and joint Proposed Case Management Plan and Scheduling Order from October 30, 2024, until one week prior to the rescheduled conference date. This is the first request to adjourn the Initial Conference. If granted, there are no other scheduled dates that will be affected, and Plaintiff consents to this request.

      An initial conference would be premature at this time because Plaintiff is expected to file an Amended Complaint by October 29, 2024 and the parties have not yet exchanged core discovery or participated in mediation as contemplated by the Court's Plan for Counseled Employment Discrimination Cases, set forth in the Second Amended Standing Administrative Order dated October 1, 2015, M10-468, and 11-mc-3 ("the Plan"). The adjournment sought will allow all Defendants to assess Plaintiff's amended pleading and to timely respond in accordance with Fed. R. Civ. P. 15. and Provision 4(e) of Your Honor's Rules.

      In addition, the Plan requires the parties to exchange documents and information pursuant to the Plan Discovery Protocols by November 7, 2024, and to participate in or schedule mediation by December 9, 2024. The parties anticipate selecting a mutually agreeable private mediator. Defendants respectfully submit that an initial conference will be most productive after these steps have been completed. This is consistent with the Court's Scheduling Order, wherein the Court directed the parties to appear for an initial pretrial conference "if the Southern District mediation process is unsuccessful." Dkt. No. 10.

      In accordance with Section 2(e) of Your Honor's Rules, Defendants respectfully advise the Court that the parties are available on the following dates: December 16, 2024; December 17, 2024; and December 18, 2024.

**Proskauer**

Honorable Jessica G.L. Clarke
October 28, 2024
Page 2

      Defendants thank the Court for its consideration of this request.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Keisha-Ann G. Gray
                                            Evandro C. Gigante
                                            Melanie M. Speight
                                            Proskauer Rose LLP
                                            *Counsel for Defendants*
                                            Eleven Times Square
                                            New York, NY 10036
                                            (T) 212-969-3000
                                            kgray@proskauer.com
                                            egigante@proskauer.com
                                            mspeight@proskauer.com

cc:    via ECF
       John S. Crain
       Valdi Licul
       Wigdor LLP
       *Counsel for Plaintiff*
       85 Fifth Avenue, Fifth Floor
       New York, NY 10003
       (212) 257-6800
       jcrain@wigdorlaw.com
       vlicul@wigdorlaw.com

cc:    via ECF
       Elior D. Shiloh
       Joan B. Lopez
       Lewis Brisbois Bisgaard & Smith LLP
       77 Water Street, Suite 2100
       New York, NY 10005
       (212) 232-1300
       Elior.shiloh@lewisbrisbois.com
       Joan.Lopez@lewisbrisbois.com

---

Application GRANTED. The initial pretrial conference scheduled for November 6, 2024 is ADJOURNED to **January 8, 2025** at **3:00 p.m**. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 578371855. Parties to submit joint status letter and proposed case management plan and scheduling order by **January 3, 2025**.

The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 29, 2024
         New York, New York