

Proskauer Rose LLP    Eleven Times Square    New York, NY 10036-8299

January 8, 2025

Keisha-Ann G. Gray
Member of the Firm
212.969.3855
kgray@proskauer.com
www.proskauer.com

**VIA ECF**

Honorable Jessica G.L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: *Topaz Smith v. World Economic Forum, et al.*, 24-cv-05150 (Clarke, J.)

Dear Judge Clarke:

    We represent Defendants World Economic Forum, World Economic Forum LLC, and Klaus Schwab in the above-referenced matter. Pursuant to Section 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, Defendant Schwab respectfully requests that the Court extend his deadline for filing a Reply Memorandum of Law in Further Support of his Motion to Dismiss the Amended Complaint from January 17, 2025, until February 17, 2025. This is Schwab's first request to extend the reply deadline, and is made to provide sufficient time to prepare his submission. Plaintiff consents to this application.

    If granted, this request, made on consent, will not affect any of the dates set forth in the Civil Case Management Plan and Scheduling Order dated January 6, 2025. Dkt. No. 38. Pursuant to that Order, the parties' next scheduled court appearance is a case management conference scheduled for 11:00 a.m. on May 21, 2025.

    Defendant thanks the Court for its consideration of this request.

Application GRANTED. Reply due **February 17, 2025**.
The Clerk of Court is directed to terminate ECF No. 39.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: January 9, 2025
    New York, New York

Respectfully submitted,

_____/s/_____
Keisha-Ann G. Gray
Evandro C. Gigante
Melanie M. Speight
Proskauer Rose LLP
*Counsel for Defendants*
Eleven Times Square
New York, NY 10036
(T) 212-969-3000
kgray@proskauer.com
egigante@proskauer.com
mspeight@proskauer.com

cc:    via ECF

Proskauer»

Honorable Jessica G.L. Clarke
January 8, 2025
Page 2

      Valdi Licul
      John S. Crain
      Wigdor LLP
      *Counsel for Plaintiff*
      85 Fifth Avenue, Fifth Floor
      New York, NY 10003
      (212) 257-6800
      jcrain@wigdorlaw.com
      vlicul@wigdorlaw.com