

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

February 12, 2025

**VIA ECF**

Honorable Jessica G.L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Keisha-Ann G. Gray
Member of the Firm
212.969.3855
kgray@proskauer.com
www.proskauer.com



Re: *Topaz Smith v. World Economic Forum, et al.*, 24-cv-05150 (Clarke, J.)

Dear Judge Clarke:

    We represent Defendants World Economic Forum, World Economic Forum LLC, and Klaus Schwab in the above-referenced matter. Pursuant to Section 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, Defendant Schwab respectfully requests that the Court grant a short extension of time to file his Reply Memorandum of Law in Further Support of his Motion to Dismiss the Amended Complaint from February 17, 2025, until March 18, 2025. This is the second request, on consent, to extend the reply deadline, and it is made to provide additional time to defense counsel in light of counsel's recent trial and upcoming work-related travel conflicts. Plaintiff consents to this application.

    If granted, this request, made on consent, will not affect any of the dates set forth in the Civil Case Management Plan and Scheduling Order dated January 6, 2025. Dkt. No. 38. Pursuant to that Order, the parties' next scheduled court appearance is a case management conference scheduled for 11:00 a.m. on May 21, 2025.

    Defendant thanks the Court for its consideration of this request.

Respectfully submitted,

_____/s/_____
Keisha-Ann G. Gray
Evandro C. Gigante
Melanie M. Speight
Proskauer Rose LLP
*Counsel for Defendants*
Eleven Times Square
New York, NY 10036
(T) 212-969-3000
kgray@proskauer.com
egigante@proskauer.com
mspeight@proskauer.com

Application GRANTED. Defendants to file reply by March 18, 2025. The Clerk of Court is directed to terminate ECF No. 41.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 14, 2025
       New York, New York

Proskauer»

Honorable Jessica G.L. Clarke
February 12, 2025
Page 2

cc:     <u>via ECF</u>
        Valdi Licul
        John S. Crain
        Wigdor LLP
        *Counsel for Plaintiff*
        85 Fifth Avenue, Fifth Floor
        New York, NY 10003
        (212) 257-6800
        jcrain@wigdorlaw.com
        vlicul@wigdorlaw.com